# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-8995 MRW | Date | January 26, 2021 |
|---|---|---|---|
| Title | Antonio Fernandez v. Regina Baer | | |

**Present: The Honorable**  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSING CASE

    Plaintiff filed a notice to dismiss this case with prejudice. (Docket # 22.) This action is dismissed with prejudice.